# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| Amandeep Singh, | Case No. 2:23-cv-01379-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| v. | |
| Autozone Parts, Inc., Rauch-Milliken International, Inc., Equifax Information Services, LLC, Experian Information Solutions Inc., Trans Union, LLC, Capital One, N.A., O'Reilly Automotive Stores, Inc., First Premiere Bank, Western Motors Merced, Ally Financial, Inc., and Truist Bank., | Complaint Filed:       July 12, 2023<br>Current Response Due: August 3, 2023<br>New Response Due:    September 5, 2023 |
| Defendants. | |

**ORDER**

The Court, having reviewed the stipulation between Plaintiff Amandeep Singh ("Plaintiff") and Defendant Ally Financial, Inc. ("Ally" or "Defendant"), by and through their counsel of record, to extend Ally's responsive pleading deadline to Plaintiff's complaint by thirty days, GOOD CAUSE APPEARING, finds as follows:

The Stipulation of the Parties is GRANTED;

Ally's responsive pleading to Plaintiff's complaint shall be extended to September 5, 2023.

**IT IS SO ORDERED.**

Dated:  August 4, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rs,Sing.1379