1  SHAYAN HEIDARZADEH (SBN 299915)
   Shayan.Heidarzadeh@huschblackwell.com
2  HUSCH BLACKWELL LLP
   1999 Harrison St., Suite 700
3  Oakland, CA 94612
   *Telephone:*   510.768.0650
4  *Facsimile:*   510.768.0651

5  Attorney for Defendant
   AUTOZONE PARTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| AMANDEEP SINGH,<br><br>         Plaintiff,<br><br>     v.<br><br>AUTOZONE PARTS, INC., *et al.*<br><br>         Defendants. | Case No. 2:23-cv-01379-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>Current Response Date:   October 5, 2023<br>New Response Date:       November 2, 2023 |

    Plaintiff AMANDEEP SINGH ("Plaintiff") and Defendant AUTOZONE PARTS, INC. ("Defendant"), hereby stipulate as follows:

    1    Plaintiff filed his First Amended Complaint in the Eastern District Court of California on September 29, 2023.

    2    Defendant's deadline to respond to Plaintiff's First Amended Complaint is October 5, 2023.

    3    Plaintiff and Defendant agree to extend the time 28 days for Defendant to respond to the Plaintiff's First Amended Complaint up to and including November 2, 2023, so that Defendant will have additional time to investigate this matter, including any new facts, causes of action and claims stated against the Defendant in Plaintiff's First Amended Complaint.

1  This change in response deadline will not alter the date of any event or any deadline already
2  fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted September 29, 2023.

HUSCH BLACKWELL LLP

Date: September 29, 2023            By:      /s/ Shayan Heidarzadeh
                                          SHAYAN HEIDARZADEH

Attorney for Defendant
AUTOZONE PARTS, INC.

GALE, ANGELO, JOHNSON & PATRICK, P.C.

Date: September 29, 2023            By:      /s/ Joseph Angelo
                                          JOSEPH ANGELO

Attorney for Plaintiff

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER
HB: 4894-2899-4932.1

**Signature Certification**

I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: September 29, 2023             HUSCH BLACKWELL LLP

By: ___/s/ Shayan Heidarzadeh___
SHAYAN HEIDARZADEH

Attorney for Defendant
AUTOZONE PARTS, INC.

**ORDER**

The Court, having considered the stipulation submitted herewith, hereby enters the following order: Defendant's deadline to file a responsive pleading to Plaintiff's First Amended Complaint shall be extended to November 2, 2023.

**IT IS SO ORDERED**

Dated: September 29, 2023

_____
Troy L. Nunley
United States District Judge